STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEXIS JAMES (NYBN 5603865)
Assistant United States Attorney

1301 Clay Street, Suite 340S
Oakland, California 94612
Telephone: (510) 637-3680
FAX: (510) 637-3724
Alexis.James@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LOVELL TAYLOR<br><br>Defendant. | No. 4:21-CR-00242 YGR<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF STATUS HEARING DATE AND ATTORNEY APPOINTMENT HEARING AND (2) FINDINGS OF EXCLUDABLE TIME PERIOD AND ORDER (AS MODIFIED) |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Assistant United States Attorney Alexis James, and defendant Lovell Taylor ("Defendant"), by and through his counsel of record, Graham Archer, hereby stipulate as follows:

1. On May 28, 2021, the Honorable Kandis A. Westmore, U.S. Magistrate Judge, issued a Criminal Complaint charging Defendant with Felon in Possession of Firearm and/or Ammunition, in violation of 18 U.S.C. § 922(g)(1).

2. On June 9, 2021, Defendant made his initial appearance before the Honorable Donna M. Ryu, U.S. Magistrate Judge, and was arraigned on the Criminal Complaint. At that time, a status hearing regarding detention was set for June 17, 2021.

3. On June 10, 2021, the government filed an indictment charging Defendant with one count of Felon in Possession of Firearm and/or Ammunition, in violation of 18 U.S.C. § 922(g)(1).

4. The parties now request that the matter be continued to June 18, 2021 for Arraignment on Indictment and Status regarding Detention.

5. The parties have continued engaging in discussions regarding potential resolutions, and the government intends to provide discovery. The parties request additional time to further their negotiations and to give defense time to review discovery. The parties believe that failure to grant the continuance would deny Defendant and his counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The parties are requesting a new hearing date for Arraignment on Indictment and Status on Detention of June 18, 2021.

6. Defense counsel represents that his client understands that he has a right under 18 U.S.C. § 3161(b) to be charged by information or indictment with the offense alleged in the pending criminal complaint and that his client knowingly and voluntarily waives that right and agrees to continue to exclude the time to be charged by indictment and agrees to set a status in this matter on June 18, 2021.

7. For purposes of computing the date under the Speedy Trial Act by which defendants must be charged by indictment or information, the parties agree that the time period of June 9, 2021, to June 18, 2021, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendant's request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the period specified in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Nothing in this stipulation shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods be excluded from the period within which an information or indictment must be filed.

STIP AND ORDER (AS MODIFIED)                    2
4:21-CR-00242 YGR

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: June 14, 2021 | Respectfully submitted, |
| | |
| | STEPHANIE M. HINDS |
| | Acting United States Attorney |
| | |
| |     /s/  *Alexis James* |
| | ALEXIS JAMES |
| | Assistant United States Attorney |
| | |
| DATED: June 14, 2021 | |
| |     /s/ *Graham Archer* |
| | GRAHAM ARCHER |
| | Counsel for Defendant Lovell Taylor |

# ORDER (AS MODIFIED)

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Status Hearing Date and (2) Findings of Excludable Time Period Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The hearing for status on Arraignment on Indictment, attorney appointment hearing and status on Detention in this matter currently scheduled for June 17, 2021 is continued to June 18, 2021. The time period of June 9, 2021, to June 18, 2021, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

June 14, 2021
DATE



HONORABLE DONNA M. RYU
United States Magistrate Judge

STIP AND ORDER (AS MODIFIED)                4
4:21-CR-00242 YGR