1  JODI LINKER
   Federal Public Defender
2  Northern District of California
   GRAHAM ARCHER
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone:   (510) 637-3500
   Facsimile:   (510) 637-3507
6  Email:        Graham_Archer@fd.org

7

8  Counsel for Defendant Taylor

9

10              IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                      OAKLAND DIVISION

13

14  UNITED STATES OF AMERICA,            **Case No.:** CR 21–242 YGR

15              Plaintiff,               **DECLARATION OF MADELINE
                                         LARSEN IN SUPPORT OF
16        v.                             DEFENDANT'S REPLY TO MOTION
                                         TO SUPPRESS**
17  LOVELL TAYLOR,
                                         **Court:**         Courtroom 1, 4th  Floor
18              Defendant.               **Hearing Date:**   July 21, 2022
                                         **Hearing Time:**   9:00 a.m.
19

20

21      I, Madeline Larsen, declare the following:

22  1.  I captured the attached satellite images from Google Earth Pro regarding the locations

23      described in the police report detailing the arrest of Lovell Taylor. In Google Earth

24      Pro, there is a function that allows a user to mark locations and measure distances.

25  2.  Attachment 1 is a view of the Highway 4 and Highway 242 interchange showing how

26      the right-hand lanes exit and turn south, becoming Highway 242, and the left-hand lanes

27      continue straight as Highway 4.

28  3.  Attachment 2 is an overview of the Highway 4 and Highway 242 interchange with

LARSEN DECL.
*TAYLOR*, CR 21–242 YGR

                              1

1  measurements and markings:

2        The three red dots mark the following locations from right to left: Highway 4 at

3  Willow Pass Road; Highway 4 at Port Chicago Highway; and Highway 4 at Solano.

4        The shorter straight red line measures the distance from the base of the westbound

5  onramp from Willow Pass Road onto Highway 4 to the location at which Highway 4

6  and Highway 242 separate, with Highway 4 continuing westbound and Highway 242

7  turning south and heading toward Oakland. This distance is 1.36 miles.

8        The longer straight red line measures the distance from the base of the westbound

9  onramp from Willow Pass Road onto Highway 4 to the Solano off-ramp. This

10  distance is 2.94 miles.

11  4.  Attachment 3 is a screenshot taken from Google Maps Streetview showing the

12  overhead directional sign over Highway 4 at the point where the lanes for Highway 4W

13  and Highway 242 separate. In order to continue on Highway 4, a vehicle must be in the

14  left-most two lanes by this point. This sign is positioned across Highway 4W and above

15  the Port Chicago Highway underpass.

16  5.  On July 22, 2021, I researched the Contra Costa County Sheriff's Department policies

17  on body-worn cameras. I downloaded the Contra Costa County Sheriff's Department

18  policy 1.06.82: Mobile Audio Video & Body Worn Camera. I also downloaded a

19  response dated September 19, 2019, by the Contra Costa Sheriffs' Department to a Public

20  Records Act Request made by a third party regarding body worn cameras owned by the

21  Contra Costa Sheriff's Department. That document remains available at:

22  https://www.muckrock.com/foi/contra-costa-county-3034/california-public-records-

23  request-predictive-software-office-of-the-sheriff-contra-costa-county-79405/#file-813990

24        I declare under the penalty of perjury that the foregoing is true and correct.

25  Executed on June 20, 2022, in Oakland, California.

26

27                                        _____
                                              MADELINE LARSEN

28

LARSEN DECL.
*TAYLOR*, CR 21–242 YGR

2