STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

KEVIN YEH (CABN 314079)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7063
    Fax: (415) 436-7234
    kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 4:21-CR-242 YGR |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| LOVELL TAYLOR, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Lovell Taylor.

DATED: November 2, 2022

                                              Respectfully submitted,

                                              STEPHANIE M. HINDS
                                              United States Attorney

                                              *Thomas A. Colthurst*
                                              THOMAS A. COLTHURST
                                              Chief, Criminal Division

NOTICE OF DISMISSAL
No. 4:21-CR-242 YGR_____

Leave is granted to the government to dismiss the indictment against Lovell Taylor.

Date: <u>November 3, 2022</u>

HON. YVONNE GONZALEZ ROGERS
United States District Judge

NOTICE OF DISMISSAL
No. 4:21-CR-242 YGR_____