JODI LINKER
Federal Public Defender
Northern District of California
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:       john_reichmuth@fd.org

Counsel for Defendant Taylor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–00242 YGR |
| Plaintiff, | [~~PROPOSED~~] ORDER OF RELEASE |
| v. | |
| LOVELL TAYLOR, | |
| Defendant. | |

Based on this Court's Order Granting the Government's Petition for Leave to Dismiss this matter, it is hereby

ORDERED that Lovell Taylor be RELEASED forthwith from the custody of the United States Marshals Service.

Dated:  Nov. 3 , 2022

_/s/ Yvonne Gonzalez Rogers_
HON. YVONNE GONZALEZ ROGERS
United States District Judge