| | |
|---|---|
| 1 | JODI LINKER |
| 2 | Federal Public Defender<br>Northern District of California |
| 3 | JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender |
| 4 | 13th Floor Federal Building - Suite 1350N<br>1301 Clay Street |
| 5 | Oakland, CA 94612<br>Telephone:   (510) 637-3500 |
| 6 | Facsimile:    (510) 637-3507<br>Email:         John_Reichmuth@fd.org |
| 7 | |
| 8 | Counsel for Defendant Taylor |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 21–00242 YGR |
| Plaintiff, | **NOTICE OF INTENT TO WITHDRAW EXHIBITS** |
| v. | **Court:**          Courtroom 1, 4th Floor |
| LOVELL TAYLOR, | |
| Defendant. | |

Pursuant to Criminal Local Rule 55-1(a) and Civil Local Rule 79-4(a) and (b), counsel for Lovell Taylor hereby gives notice that he intends to withdraw Defendant's Evidentiary Exhibits A and B that the defense offered at the September 14, 2022, evidentiary hearing in this case. The Court granted the motion to suppress on October 4, 2022, and granted the government's motion to dismiss the case against Mr. Taylor on November 3, 2022.

| | | |
|---|---|---|
| Dated: | January 10, 2023 | Respectfully submitted, |

JODI LINKER
Federal Public Defender
Northern District of California

　　　　　　　　　/S
JOHN PAUL REICHMUTH
Assistant Federal Public Defender